UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:  Chapter 7

VINCENT T. DELPRIORE, and
MICHELLE L. DELPRIORE,

Case No. 16-10033-MJK

**CONSENT ORDER
DISMISSING CASE**

Debtors.

THIS MATTER comes before the Court upon the United States Trustee's inquiry pursuant to 11 U.S.C. Section 727(a)(8). The United States Trustee and the Debtors, through counsel, inform the Court that the matter has been settled and that the Debtors wish to voluntarily dismiss this case and respectfully requests that this Court grant the dismissal. The United States Trustee and the Chapter 7 Trustee consent to the dismissal. Therefore, it is so

**ORDERED**, that this case be and hereby is **DISMISSED**; and it is further

**ORDERED**, that the Clerk of Court will notify all parties in interest of the dismissal.

WE AGREE:

_____
Dennis Gaughan, Esq.
Attorney for Debtors

_____
Vincent T. DelPriore

_____
Michelle L. DelPriore

William K. Harrington
United States Trustee for Region 2

By: _____
Jill M. Zubler, Esq.
Trial Attorney

_____
Morris L. Horwitz, Esq.
Chapter 7 Trustee

**SO ORDERED**:

Dated: _____, 2018

Honorable Michael J. Kaplan
United States Bankruptcy Judge